454 A.2d 168

Commonwealth v. Williams, Appellant.

Petition for Allowance of Appeal
Denied May 12, 1983.

 Submitted May 5, 1982. Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.